FILED
2022 Sep-16  PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA



**United States District Court**
**Northern District of Alabama**
**Northwestern Division**



SEP 1 2 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**ingram bey, nikki goodloe**
**(National of the United States, non-citizen, non-resident, non-subject, Native**
**Alabamian)**
**Plaintiff,**

v.                                                          CASE NO. ___3:22 cv 1177-LCB___

**REGIONAL ACCEPTANCE CORPORATION**
**(Citizen of North Carolina)**
**Defendant,**

**Pursuant to 15 USC 1692k Civil liability**
**Pursuant to 15 USC 1692d Harassment and abuse**
**Pursuant to 15 USC 1692e False or mislead**
**Pursuant to 28 USC 1332 Diversity of Citizenship**

## <u>Complaint for Harassment, Abuse, False/Misrepresentation</u>

### AFFIDAVIT OF TRUTH

1. Comes now, ingram bey, nikki goodloe, National of the United States of America, non-citizen, non-subject, non-resident, native Alabamian bringing this civil action against the defendant for damages of false and misleading representation, harassment and abuse.

2. **Jurisdiction-** This court has jurisdiction due to the diversity of citizenship between the parties as stated in 28 USC 1332.

3. **Parties-** Plaintiff is the people of United States of America, National non-citizen, nonresident, non-subject, native Alabamian

   Defendant is financial institution incorporated in North Carolina and is a citizen of North Carolina.

4. On August 17th, 2022, defendant received a $21 Money order Serial #27925508542, $1 Dollar- Serial#K80957497A, $1 U.S. Silver Coin and

written communication via Express Mail# EI437199841US pursuant to the laws of accord and satisfaction U.C.C. 3-311, Texas Business and Commerce Code Sec. 3.311 Accord and Satisfaction by Use of Instrument. The usps express mail was signed by M OFORI.

5. The $21 Money order Serial #27925508542 with the statement "Upon receipt of this instrument constitute full satisfaction upon all claims", $1 Dollar Serial#K80957497A, $1 U.S. Silver Coin was tendered to the account #0752768804. The money order was accepted and cashed on 8/18/2022, along with the acceptance of the dollar and silver coin with the provisions "FOR SETTLEMENT ACCORD AND SATISFACTION OF ANY AND ALL OUTSTANDING DEBTS"

6. **Legal Determinations Regarding Accord and Satisfaction**
The intent of the receiving party is not taken into consideration. See Holley v. Holley, Idaho App.1996, 915 P.2d 733, 128 Idaho503

Words of Protest can not change the rules of Accord and Satisfaction. See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Obliterating and/or wiping out the verbiage does not void the principles of Accord and Satisfaction. See; Holley v. Holley, , Idaho App.1996, 915 P.2d 733, 128 Idaho503

Failure to Notice, Acknowledge and or understand the Verbiage does not change the provisions of Accord and Satisfaction See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Verbiage such as; "Upon Receipt" and the like are acceptable to use on instruments. See; In re Runge, Bkrtcy. D.N.H. 1998, 226 B.R. 298

Accord and Satisfaction if done once is sufficient even if an additional payment is Tendered at a later date. Should a Debtor make such an additional payment, said Debtor is entitled to Reimbursement of all subsequent payments. See; Austin v. Padgett, Miss. 1996, 678 So.2d 1002

7. Defendant after accepting the instrument pursuant to accord and satisfaction of any and all outstanding debts continues to harass and abuse the Plaintiff with calls seeking to collect a debt (see Exhibits). Defendant is also

committing false/misleading representation of the character, amount and legal status of the debt. Once Defendant accepted the remittances on 8/18/2022 under the provisions stated on the instrument and written communication all debts, claims, and obligations or performances was fully discharged upon receipt. Failure of the defendant to notice, acknowledge and or understand the verbiage does not change the provisions of Accord and Satisfaction.

8. Defendant claims to deny payment of accord and satisfaction and says the plaintiff still owes a debt. This is causing harm and damage to my consumer credit report and to my reputation. Defendant is using unfair practices according to 15 usc 1692f by unconscionable means to collect or attempt to collect a debt from me after all debts have been settled in accord and satisfaction.

9. Defendant received on August 23rd, 2022, at 10:11am Affidavit of Truth and evidence proving according to the rules of accord and satisfaction UCC 3-311 defendant accepted the remittances "FOR SETTLEMENT ACCORD AND SATISFACTION OF ANY AND ALL OUTSTANDING DEBTS. Defendant still continued with harassment and misleading representation.

10. Prayer for Relief- Plaintiff ask for the account#0752768804 with the defendant be balance to zero of all claims. I also ask to receive the title to the 2019 Honda Accord Vin#1HGCV1F13KA023404 immediately since all debts have been settled pursuant to the rules of accord and satisfaction.

For Harassment Plaintiff is asking for $5000
For Abuse Plaintiff is asking for $5000
For False/Misleading Representation $15,000.00
For Fraud and Deceit- $20,000.00
Threats of Repossession- $10,000
Defendant to pay all court cost,fees

1. I declare under penalty and perjury under the laws of the United States of America and Moorish National Republic of peace that all is correct with proof and to my knowledge.

By:

ingram bey, nikki goodloe private National of United States of America non citizen, and privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode,

Contact: ingram bey, nikki goodloe,
NIKKI GOODLOE
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States



# NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL

## ALABAMA CONSTITUTIONAL WARNING

1. As the People of Alabama, Invoke the Alabama Constitution 1901 Sections 1 through 36.
2. I accept all oaths of all officers of the Court to the United States Constitution and Alabama Constitution as described above.
3. As the People of Alabama, I invoke Article 1 section 13 of the Alabama Constitution- That all courts shall be open; and that every person, for any injury done him, in his lands, goods, person, or reputation, shall have a remedy by due process of law; and right and justice shall be administered "WITHOUT SALE", denial, or delay.

The US Supreme Court has ruled that a natural individual entitled to relief is "entitled to free access to the natural people's judicial tribunals and public offices in every State of the Union"(2 Black 620, see also

Crandell v Nevada, 6 Wall 35]. Plaintiff (libellant) should not be charged fees or costs for the lawful and Constitutional Protected Right to petition this court in this matter in which he/she is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v Hinkel, 201 US 43, NAACP v Button, 371 US 415); United Mineworkers v Gibbs, 383 US 715; and Johnson v Avery, 89 S.Ct. 747 (1969).

Petitioner (libellant) cannot be charged a fee as no charge can be placed upon a citizen as a condition precedent to exercise his/her Constitutional Protected Rights, his/her rights secured by the Constitution. A fee is a charge "fixed by law for services fixed by public officers or for use of a privilege under control of government." Fort Smith Gas Co. v Wisemen" 189 Ark.675 74 SW.2d 789,790, from Black's Law Dictionary 5th Ed.

The US Supreme Court has ruled that a natural person entitled to relief is "entitled to free access to its judicial tribunals and public offices in every State of the Union(2 Black 620, see also Crandell v Nevada, 6 Wall 35].

Plaintiff (libellant) should not be charged fees or costs for the lawful and Constitutional Right to

petition this court in this matter in which he/she is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v Hinkel, 201 US 43.

The State of Alabama arbitrarily and erroneously my right to work into a privilege, and issued a license and a fee for it, That's unconstitutional *Marbury v Madison* 5 U.S. 137 (1803). Anything in conflict or repugnancy is null and void of law. Since the state converted my right into a privilege and issued a right and a privilege and issued a license and fee for it Murdock v Pennsylvania clearly says " No state shall convert a secured liberty into privilege, and issue a license and fee for it."

When the state does issue a license and fee converting a secured liberty into a privilege, Shuttleworth v. City of Birmingham 373 U.S. 262 says I may ignore the license and fee and engage in the right with impunity.

IF YOU ARE GOING TO ACT ULTRA VIRES AND OUTSIDE OF YOUR POWERS UNLAWFULLY EXERCISING YOUR OFFICE, A WRIT OF QUO WARRANTO WILL BE FILED IN THE CIRCUIT COURT AGAINST ANY VIOLATORS.

By: *ingram bey, nikki goodloe*

ingram bey, nikki goodloe, Beneficiary private National of Republic Alabama in Moorish National Republic of Peace and privately residing privately domiciling within
a non- military occupied private area not subject to the jurisdiction of the military municipal
"Laws of the United States" mode, process and procedure Bearer of the Kingship of Heaven
Contact:
Nikki Goodloe Ingram Bey Living Trust
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States



MOORISH NATIONAL REPUBLIC OF PEACE
NATIONAL HEADQUARTERS
950 NO HEAD HOLLOW RD
MUSCLE SHOALS, PROVINCE OF ALABAMA
Non-Domestic, Without United States
PHONE: 256-214-9994
EMAIL: province.ala.ag1@gmail.com
www.moorishnationalrepublicofpeace.com
"To Uplift Fallen Humanity"

 

To: Regional Acceptance Corporation
PO Box 580075
Charlotte, NC 28258-0075          Account#0752768804

## Remittance and Tender by Surety/Accord and Satisfaction

People of United States of America, ingram bey, nikki goodloe Private National of the United States, non-citizen, native Alabamian, surety of the Principal NIKKI LASHAY GOODLOE, demand my right to subrogation as subrogee. I hereby tender for the Principal to ████ ~hegional Acceptance Corp.~ ████, Creditor $21 USPS Money Order in lawful currency of the united states, $1 U.S. silver coin, $1 Dollar-Serial #K80957497A, Bill of Exchange Valued at $32,749.00 . A tender by ingram bey, nikki goodloe, surety and to Creditor **FOR SETTLEMENT ACCORD AND FULL SATISFACTION OF ANY AND ALL OUTSTANDING DEBTS.** I demand that the evidence of and the securities for the same be delivered up to me to be enforced against the principal and a failure of the creditor ████ to comply, when within your power, shall operate to discharge the surety. ~hegional Acceptance Corp~.

This is Lawful Tender of Payment within the Union Body non-military, People of United States of America, native Alabamian, who is Private Nationals of the Republic of Alabama, beneficiary of the 1901 Republic Constitution of Alabama, 1776 Republic, United States of America Constitution a lawful contract enforced pursuant to the statutes of fraud.

People of United States of America are surety, payor, and redeemer, for absolute estate in full life and all rights, titles, and interest therein with possession, use and enjoyment, in the private property described herein this document. A Revocation of Election and for settlement, accord and satisfaction of any and all outstanding federal liens ab initio 1776 with excise tax, stamp act tax, import/export duties under the Constitution of the United States of America.

**People of United States of America makes a special deposit for credit on account with consideration and collection for all debt claims in full on behalf of the Principal.**

**Title 8 - Commercial Law and Consumer Protection.**
**Chapter 3 - Suretyship.**

**Article 1 - General Provisions.**
**Section 8-3-2 - Rights of Surety Who Has Paid Debt.**

A surety who has paid his principal's debt is entitled to a transfer of the original and collateral security which the creditor holds; he has all the rights to realize thereon and to reimburse himself to the same extent as the creditor might have done before the surety paid him, whether paid before or after judgment; and he shall be substituted for the creditor and subrogated to all his rights and remedies; in effect, he shall be a purchaser of the debt and all its incidents.

**Title 8 - Commercial Law and Consumer Protection.**
**Chapter 3 - Suretyship.**
**Article 1 - General Provisions.**
**Section 8-3-5 - Rights of Surety Against Principal Upon Payment of Debt.**

Payment by a surety or endorser of a debt past due entitles him to proceed immediately against his principal for the sum paid, with interest thereon, and all legal costs to which he may have been subjected by the default of the principal.

**Title 8 - Commercial Law and Consumer Protection.**
**Chapter 3 - Suretyship.**
**Article 1 - General Provisions.**
**Section 8-3-11 - Surety Paying Debt Subrogated to Rights of Creditor.**

A surety who has paid the debt of his principal is subrogated to all the rights of the creditor and, in a controversy with other creditors, ranks in dignity the same as the creditor whose claim is paid.

**Alabama Code 7-3-602. Payment**

(a) Subject to subsection (b), an instrument is paid to the extent payment is made (i) by or on behalf of a party obliged to pay the instrument, and (ii) to a person entitled to enforce the instrument. To the extent of the payment, the obligation of the party obliged to pay the instrument is discharged even though payment is made with knowledge of a claim to the instrument under Section 7-3-306 by another person.

**Title 7 - Commercial Code.**
**Article 3 - Negotiable Instruments.**
**Part 3 - Enforcement of Instruments.**
**Section 7-3-303 - Value and Consideration.**

(a) An instrument is issued or transferred for value if:

(1) The instrument is issued or transferred for a promise of performance, to the extent the promise has been performed;

(2) The transferee acquires a security interest or other lien in the instrument other than a lien obtained by judicial proceeding;

(3) The instrument is issued or transferred as payment of, or as security for, an antecedent claim against any person, whether or not the claim is due;

(4) The instrument is issued or transferred in exchange for a negotiable instrument; or

(b) "Consideration" means any consideration sufficient to support a simple contract. The drawer or maker of an instrument has a defense if the instrument is issued without consideration. If an instrument is issued for a promise of performance, the issuer has a defense to the extent performance of the promise is due and the promise has not been performed. If an instrument is issued for value as stated in subsection (a), the instrument is also issued for consideration.

**Title 7 - Commercial Code.**
**Article 3 - Negotiable Instruments.**
**Part 6 - Discharge and Payment.**
**Section 7-3-603 - Tender of Payment.**

(b) If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

**Title 8 - COMMERCIAL LAW AND CONSUMER PROTECTION.**
**Chapter 1 - CONTRACTS.**
**Article 2 - Accord and Satisfaction.**
**Section 8-1-22 - Accepting accord consideration deemed satisfaction.**

Acceptance of the consideration of an accord extinguishes the obligation and is called satisfaction.

**Title 8 - COMMERCIAL LAW AND CONSUMER PROTECTION.**
**Chapter 1 - CONTRACTS.**
**Article 2 - Accord and Satisfaction.**
**Section 8-1-23 - Obligation extinguished by new consideration or writing.**

An obligation is extinguished by a release therefrom given to the debtor by the creditor upon a new consideration or in writing with or without new consideration.

**Title 7 - Commercial Code.**
**Article 3 - Negotiable Instruments.**
**Part 3 - Enforcement of Instruments.**
**Section 7-3-311 - Accord and Satisfaction by Use of Instrument.**

(b) Unless subsection (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.

(d) A claim is discharged if the person against whom the claim is asserted proves that within a reasonable time before collection of the instrument was initiated, the claimant, or an agent of the claimant having direct responsibility with respect to the disputed obligation, knew that the instrument was tendered in full satisfaction of the claim.

## Legal Determinations Regarding Accord and Satisfaction

The intent of the receiving party is not taken into consideration. See Holley v. Holley, Idaho App.1996, 915 P.2d 733, 128 Idaho503

Words of Protest can not change the rules of Accord and Satisfaction. See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Obliterating and/or wiping out the verbiage does not void the principles of Accord and Satisfaction. See; Holley v. Holley, , Idaho App.1996, 915 P.2d 733, 128 Idaho503

Failure to Notice, Acknowledge and or understand the Verbiage does not change the provisions of Accord and Satisfaction See; McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307, (Rehearing Denied)

Verbiage such as; "Upon Receipt" and the like are acceptable to use on instruments. See; In re Runge, Bkrtcy. D.N.H. 1998, 226 B.R. 298

Accord and Satisfaction if done once is sufficient even if an additional payment is Tendered at a later date. Should a Debtor make such an additional payment, said Debtor is entitled to Reimbursement of all subsequent payments. See; Austin v. Padgett, Miss. 1996, 678 So.2d 1002

By: _____

ingram bey, nikki goodloe Surety/Creditor absolute, Beneficiary private National of United States of America and privately residing privately domiciling within
a non- military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode, process and procedure Bearer of the Kingship of Heaven
Contact: NIKKI LASHAY GOODLOE, estate
Nikki Goodloe Ingram Bey Living Trust
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States

**MOORISH NATIONAL REPUBLIC OF PEACE**
**NATIONAL HEADQUARTERS**
**950 NO HEAD HOLLOW RD**
**MUSCLE SHOALS, PROVINCE OF ALABAMA**
**Non-Domestic, Without United States**
**PHONE: 256-214-9994**
**EMAIL:** province.ala.ag1@gmail.com
www.moorishnationalrepublicofpeace.com
**"To Uplift Fallen Humanity"**

 

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT NOTICE TO AGENT IS NOTICE TO PRINCIPAL

To. Regional Acceptance Corporation
Chief Financial Officer
PO Box 580075
Charlotte, NC 28258-0075          Account# 0752768804

### AFFIDAIVT OF TRUST

1. I, ingram bey, nikki goodloe, Private National of the United States, non-citizen, native Alabamian, surety of the Principal NIKKI LASHAY GOODLOE, sent a Remittance and a written communication via USPS Express Mail #EI437199841US pursuant to the laws of Accord and Satisfaction Alabama Code 7-3-311.

2. The $21 Money Order USPS Serial#27925508542 with the statement **"Upon receipt of this instrument constitute full satisfaction upon all claims"** was cashed by you. As shown in the evidence provided.

3. You also received a Remittance and Tender by Surety/Accord and Satisfaction written communication according to the Alabama 7-3-311 stating that all Remittance was tender to the Creditor FOR SETTLEMENT ACCORD AND SATISFACTION OF ANY AND ALL OUTSTANDING DEBTS.

4. As stated in Alabama 7-3-311(b) the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.

Attached is all the Proof that meets the grounds of all debt and obligations are now fully discharged. Seeking any form of extra payment is fraud, harassment, and defrauding me as the Creditor and my rights to subrogation according to Alabama Code 8-3-2 :A surety who has paid his principal's debt is entitled to a transfer of the original and collateral security which the creditor holds; he has all the rights to realize thereon and to reimburse himself to the same extent as the creditor might have done before the surety paid him, whether paid before or after judgment; and he shall be substituted for the creditor and subrogated to all his rights and remedies; in effect, he shall be a purchaser of the debt and all its incidents.

5. You now have 7 days to balance the account to zero of all claims. I also demand the title to the 2019 Honda Accord, as it is my right as the Creditor to receive all securities and rights of the original creditor according to the statement above. If you decided not to follow the law and the request I have demanded from you with in the amount of time, I will be seeking civil actions pursuant to the Statutes of Fraud and accord and satisfaction laws.

**Legal Determinations Regarding Accord and Satisfaction**

The intent of the receiving party is not taken into consideration. See Holley v. Holley, Idaho App.1996, 915 P.2d 733, 128 Idaho503

Words of Protest can not change the rules of Accord and Satisfaction. See: McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307. (Rehearing Denied)

Obliterating and/or wiping out the verbiage does not void the principles of Accord and Satisfaction. See: Holley v. Holley, , Idaho App.1996, 915 P.2d 733, 128 Idaho503

Failure to Notice, Acknowledge and or understand the Verbiage does not change the provisions of Accord and Satisfaction See: McMahon Food Corp. v. Burger Dairy Co. C.A.7 (Ill.) 1996, 103 F.3d 1307. (Rehearing Denied)

Verbiage such as: "Upon Receipt" and the like are acceptable to use on instruments. See: In re Runge, Bkrtcy. D.N.H. 1998, 226 B.R. 298

Accord and Satisfaction if done once is sufficient even if an additional payment is Tendered at a later date. Should a Debtor make such an additional payment, said Debtor is entitled to Reimbursement of all subsequent payments. See: Austin v. Padgett, Miss. 1996, 678 So.2d 1002

I WILL WIN THIS VERY EASILY IN COURT AND YOU WILL BE
RESPONSIBLE FOR ALL COURT COST AND PAIN AND
SUFFERING CAUSED!

6. I declare under penalty and perjury under the laws of the State of Alabama
   and the laws of Moorish National Republic of Peace that all is correct with
   proof and to my knowledge.

By: _____

ingram bey, nikki goodloe Surety/Creditor absolute, Beneficiary private National of United States of
America and privately residing privately domiciling within
a non- military occupied private area not subject to the jurisdiction of the military municipal
"Laws of the United States" mode, process and procedure Bearer of the Kingship of Heaven
Contact: NIKKI LASHAY GOODLOE, estate
Nikki Goodloe Ingram Bey Living Trust
950 No Head Hollow Rd
Muscle Shoals, Province of Alabama
Non domestic, without United States





An affiliate of Truist

**752768804 |**

Account Info..

**Status:** ACTIVE
**Account Number:** 752768804 (752)
**Name:** NIKKI GOODLOE
**Birthdate:** 02/09/1981
**SSN:** xxx-xx-6091
**Current Balance:** $30667.76
**1 Day Payoff:** $32930.92
**10 Day Payoff:** $33066.66
**20 Day Payoff:** $33217.48
**Contract State:** TX

Service Member Civil Relief Act (SCRA)..

**SCRA Active:** No

Address..

**Address:** 2220 WINDSCAPE DR APT 38
**City, State, Zip:** ATHENS, AL 35611

Home, Work Phone Info..

**Home Phone:** 000-000-0000 ( )
**Work Phone:** 000-000-0000 ( )

Mobile Phone Info..

**Mobile Phone:** 938-368-0273 (AL)
**Call Consent:** Yes
**Text Consent:** Yes

Collateral Info..

**Make, Model, Year:** HONDA - ACCORD - 2019
**VIN:** 1HGCV1F13KA023405

Financials..

**Contract Date:** 05/02/2019
**Maturity Date:** 06/16/2026
**Contractual Status:** 30

Payments..

**Scheduled Payment:** $750.51
**Due Date:** 07/16/2022
**Amount Due:** $1215.55

Last Payments..

**Amount Paid Last:** $23.00
**Date Paid Last:** 08/18/2022

**Last 5 Posted Payments:** PAYMENT    08/18/2022    $23.00

Take control of your finances with free financial education.

BB&T Financial Foundations Program ▶

**UNITED STATES POSTAL SERVICE**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT NEGOTIABLE**

Regional Acceptance Corp
P.O. Box 580073
Charlotte, NC 28258

2022-08-16    Post Office 356610    $21.00

2792550 8542

**UNITED STATES POSTAL SERVICE**

Serial Number

## POSTAL MONEY ORDER

2022-08-16    356610 Office    U.S. Dollars and Cents

**$21.00**

Twenty One Dollars and 00/100 ************************

2792550 8542

Amount

Pay to: Regional Acceptance Corporation
Address: P.O. Box 580073
Charlotte, NC 28258

Memo: Upon receipt of this instrument I will constitute full satisfaction of all debt

Remit at par value
Special deposit for credit to account
From: Nikki Candice Ingram Jr., Agent
Address: 1501 6 Head Hollow Rd.
Muscle Shoals, AL 35661

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

1:00000800 2: 2792550854 2"

Payment was accepted pursuant to the
laws of accord and satisfaction. Alabama code
7-3-311

IMG_86.jpg                                    6/30/22 6:31 PM

2:34 ♪ ☐ ⬚ $ •                    ⧉ ◌ 4⁵ ▣43%

✕   🔒 Money Orders | USPS          ⬚   ☐   ⋮
        tools.usps.com

Find out the status of a money order that was
purchased from the United States Postal Service®.

## Start Your Search

*Serial Number ⓘ

| 27925508542 |

*Post Office™ Number ⓘ

| 356610 |

*Issued Amount ⓘ

| 21 |

| **View Status** |

Money Order # **27925508542** has been cashed.   ⟵
The information received is based upon the most recent information the United
States Postal Service® has.

*Payment was accepted
pursuant to the laws
of accord and
satisfaction. Alabama
code 7-3-311*

Visit <u>Money Orders</u> to learn more about money order
guidelines and tips.

## Contact Us

If you have money order related questions,
please email the <u>Accounting Help Desk</u> or

https://mail.google.com/mail/u/2/                              Page 1 of 1